DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CARMEN MELISSA THORPE,

Appellant,

v.

VICENTE E. LAMBOY CARDONA,

Appellee.

No. 2D23-823

————————————————

February 7, 2024

Appeal from the Circuit Court for Hillsborough County; Paul Huey,
Judge.

Carmen Melissa Thorpe, pro se.

No Appearance by Appellee.


PER CURIAM.

     Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.